**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAOYANG LI,<br><br>        Petitioner,<br><br>   v.<br><br>CHAD T. WOLF, Acting Secretary of Homeland Security, et al.,<br><br>        Respondents. | No. ED CV 20-1925-DSF(AS)<br><br>[~~PROPOSED~~] **ORDER TO DISMISS WITHOUT PREJUDICE** |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Petitioner Gaoyang Li's Petition for Writ of Habeas Corpus is withdrawn, and the case is dismissed without prejudice.

DATED: November 17, 2020          _____/ s / Sagar_____
                                  HON. ALKA SAGAR
                                  United States Magistrate Judge

Presented by:
*/s/ David Menninger*
David Menninger
Deputy Federal Public Defender